**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 21-8058-BER

IN RE:

**SEALED CRIMINAL COMPLAINT**
_____/

## MOTION TO UNSEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the criminal complaint, arrest warrant and supporting documentation, the government's motion to seal and any resulting order be UNSEALED.

## INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO UNSEAL

1. On February 8, 2021, Magistrate Judge Robin M. Meriweather, in the United States District Court for the District of Columbia, signed an arrest warrant and criminal complaint charging Nicholes Lentz with entering a restricted building or grounds, in violation of 18 U.S.C. § 1752(a)(1) & (2), and disruptive and disorderly conduct on restricted grounds, in violation of 50 U.S.C. § 5104(e)(2)(D) & (G). On that same date, the Government moved to seal the complaint, arrest warrant, and other documents associated with the complaint. The Government requested that the aforementioned documents be sealed until further order of the Court, but also requested that a judicial officer in any district where the defendant may appear pursuant to the Complaint be permitted to unseal the complaint upon request of an attorney for the Government. Judge Meriweather granted the government's request, and her order states that the complaint shall be sealed until further order of the court. It further specifies that "a judicial officer in any district where the defendant may appear pursuant to this complaint may unseal the Complaint, Arrest

1

Warrant, Affidavit, and Related Documents upon request of an attorney for the government."

2. On February 19, 2021, law enforcement officers arrested defendant Nicholes Lentz. Accordingly, pursuant to Magistrate Judge Meriweather's sealing order, the Government respectfully requests that the criminal complaint, arrest warrant and supporting documentation, motion to seal, and sealing order be unsealed.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: *Mark Dispoto*
MARK DISPOTO
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5501143
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132-2111
Tel: (305) 961-9136
Fax: (305) 536-7213