**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. ___21-8058-BER___

IN RE:

**SEALED CRIMINAL COMPLAINT**

_____/

## **ORDER**

The United States of America, having applied to this Court for an Order unsealing the criminal complaint, arrest warrant, and other documents associated with the complaint, the motion to seal, and the order to seal and the Court finding good cause:

IT IS HEREBY ORDERED that the criminal complaint, arrest warrant, and other documents associated with the complaint, the motion to seal, and the order to seal shall be UNSEALED.

DONE AND ORDERED in chambers at West Palm Beach, Florida, this _18_ day of February, 2021.

_____
HONORABLE BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE

cc:   AUSA Mark Dispoto

3