BNDBER,CLOSED

# U.S. District Court
## Southern District of Florida (West Palm Beach)
## CRIMINAL DOCKET FOR CASE #: 9:21−mj−08058−BER−1

Case title: USA v. Lentz

Other court case number:  21mj206 District of Columbia

Date Filed: 02/19/2021

Date Terminated: 02/19/2021

Assigned to: Magistrate Judge
Bruce E. Reinhart

**Defendant (1)**

**Nicholes J. Lentz**
*TERMINATED: 02/19/2021*

represented by **Noticing FPD−WPB**
(561) 833−6288
Email: wpb_ecf@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| Restricted buildings or grounds | |

**Plaintiff**

**USA**

represented by **Gregory Schiller**
U.S. Attorney's Office
500 S. Australian Ave.
Suite 400
West Palm Beach, FL 33401
954−789−6285

Email: gregory.schiller@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/18/2021 | 1 | | MOTION to Unseal Criminal Complaint by USA as to Nicholes J. Lentz. (tmn) (Entered: 02/21/2021) |
| 02/18/2021 | 2 | | ORDER granting 1 Motion to Unseal Criminal Complaint as to Nicholes J. Lentz (1). Signed by Magistrate Judge Bruce E. Reinhart on 2/18/2021. *See attached document for full details.* (tmn) (Entered: 02/21/2021) |
| 02/19/2021 | 3 | | Magistrate Removal of Criminal Complaint from the District of Columbia Case number in the other District 12mj206 as to Nicholes J. Lentz (1). (tmn) (Entered: 02/21/2021) |
| 02/19/2021 | 4 | | PAPERLESS Minute Order for proceedings held by Zoom video Conference before Magistrate Judge Bruce E. Reinhart: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Nicholes J. Lentz held on 2/19/2021. Date of Arrest or Surrender: 2/19/2021. Defendant was present and sworn. Defendant consented to appear by video. Defendant advised of charges, rights and maximum penalties. Defendant questioned regarding appointment of counsel and found to be indigent. FPD appointed. Bond recommendation/set: Nicholes J. Lentz (1) $25,000 PSB. Defendant waived removal/identity hearing. The Court ordered the Defendant removed. All further proceedings to be held in the District of Columbia. Total time in court: 19 minutes. Attorney Appearance(s): Gregory Schiller, Scott Berry Attorney added: Noticing FPD–WPB for Nicholes J. Lentz (Digital 11:11:47) Signed by Magistrate Judge Bruce E. Reinhart on 2/19/2021. (tmn) (Entered: 02/21/2021) |
| 02/19/2021 | 5 | | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Nicholes J. Lentz (tmn) (Entered: 02/21/2021) |
| 02/19/2021 | 6 | | $25,000 PSB Bond Entered as to Nicholes J. Lentz Approved by Magistrate Judge Bruce E. Reinhart. *Please see bond image for conditions of release.* (tmn) (Additional attachment(s) added on 2/21/2021: # 1 Restricted Bond with 7th Page) (tmn). (Entered: 02/21/2021) |
| | | | *Main Document* |
| | | | Attachment # 1 *Restricted Bond with 7th Page (Not Attached)* |
| 02/19/2021 | 7 | | ORDER OF REMOVAL ISSUED to the District of Columbia as to Nicholes J. Lentz. Closing Case for Defendant. Signed by Magistrate Judge Bruce E. Reinhart on 2/19/2021. *See attached document for full details.* (tmn) (Entered: 02/21/2021) |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

21-8058-BER

CASE NO. _____

IN RE:

## SEALED CRIMINAL COMPLAINT

_____/

## MOTION TO UNSEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the criminal complaint, arrest warrant and supporting documentation, the government's motion to seal and any resulting order be UNSEALED.

### INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO UNSEAL

1.      On February 8, 2021, Magistrate Judge Robin M. Meriweather, in the United States District Court for the District of Columbia, signed an arrest warrant and criminal complaint charging Nicholes Lentz with entering a restricted building or grounds, in violation of 18 U.S.C. § 1752(a)(1) & (2), and disruptive and disorderly conduct on restricted grounds, in violation of 50 U.S.C. § 5104(e)(2)(D) & (G). On that same date, the Government moved to seal the complaint, arrest warrant, and other documents associated with the complaint.   The Government requested that the aforementioned documents be sealed until further order of the Court, but also requested that a judicial officer in any district where the defendant may appear pursuant to the Complaint be permitted to unseal the complaint upon request of an attorney for the Government.   Judge Meriweather granted the government's request, and her order states that the complaint shall be sealed until further order of the court.   It further specifies that "a judicial officer in any district where the defendant may appear pursuant to this complaint may unseal the Complaint, Arrest

1

Warrant, Affidavit, and Related Documents upon request of an attorney for the government."

2.     On February 19, 2021, law enforcement officers arrested defendant Nicholes Lentz. Accordingly, pursuant to Magistrate Judge Meriweather's sealing order, the Government respectfully requests that the criminal complaint, arrest warrant and supporting documentation, motion to seal, and sealing order be unsealed.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:   *Mark Dispoto*
_____
MARK DISPOTO
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5501143
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132-2111
Tel: (305) 961-9136
Fax: (305) 536-7213

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-8058-BER

IN RE:

**SEALED CRIMINAL COMPLAINT**

_____/

## <u>ORDER</u>

The United States of America, having applied to this Court for an Order unsealing the criminal complaint, arrest warrant, and other documents associated with the complaint, the motion to seal, and the order to seal and the Court finding good cause:

IT IS HEREBY ORDERED that the criminal complaint, arrest warrant, and other documents associated with the complaint, the motion to seal, and the order to seal shall be UNSEALED.

DONE AND ORDERED in chambers at West Palm Beach, Florida, this 18 day of February, 2021.

_____
HONORABLE BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE

cc: AUSA Mark Dispoto

3

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

**CASE NO. 21-8058-BER**

United States of America
v.

Nicholes J. Lentz,

*Defendant(s)*

)
)
)
)
)
)
)

Case: 1:21-mj-00206
Assigned to: Judge Meriweather, Robin M
Assign Date: 2/8/2021
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2021 _____ in the county of _____ in the _____ District of _____ Columbia _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) and (2) | Restricted building or grounds. |
| 40 U.S.C. §§ 5104(e)(2)(D) & (G) | Disruptive and disorderly conduct on restricted grounds. |

This criminal complaint is based on these facts:

See attached affidavit incorporated herein.

FILED BY _____ *TM* _____ D.C.

*Feb 19, 2021*

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

☐ Continued on the attached sheet.

*Complainant's signature*

Christian T. Roccia Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____ 02/08/2021 _____

Robin M. Meriweather
2021.02.08 11:11:16
-05'00'
*Judge's signature*

City and state: _____ Washington, D.C. _____     Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

Assigned to: Judge Meriweather, Robin M
Assign Date: 2/8/2021
Description: COMPLAINT W/ARREST WARRANT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### AFFIDAVIT IN SUPPORT OF
### CRIMINAL COMPLAINT

I, Christian T. Roccia, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1.      I am a Special Agent of the Federal Bureau of Investigation ("FBI"), and I have been so employed since 2007.  Specifically, I am assigned to the Washington Field Office, and I have been tasked with investigating criminal activity in and around the U.S. Capitol Building and Grounds.  As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of violations of Federal criminal law.

2.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses.  This Affidavit is being submitted for the sole purpose of establishing probable cause that on January 6, 2021, NICHOLES J. LENTZ ("LENTZ") violated 18 U.S.C. §§ 1752(a)(1) and (2) and 40 U.S.C. §§ 5104(e)(2)(D) and (G), as set forth below.  This affidavit, therefore, does not contain every fact known to me regarding this investigation.

### BACKGROUND

3.      The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police.  Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.  On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

4.      On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C.  During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m.   Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection.  Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

5.      As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol.  As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

6.      At such time, the certification proceedings still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

7.      Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers.  Accordingly, the

2

joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

8.     During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

**PROBABLE CAUSE**

9.     On or about January 6, 2021, at least two concerned citizens submitted online tips to the FBI National Threat Operations Center (NTOC) via tips.fbi.gov reporting photographs and/or videos of an individual the FBI later determined to be LENTZ inside the Capitol on January 6, 2021, in Washington, D.C. during the riot that took place that same day.  One of the concerned citizens (CC-1), provided a video clip approximately 52 seconds in length (the "52 second clip").  Below is a screenshot from the 52 second clip provided by CC-1.



3

10.     A second concerned citizen CC-2 provided another tip as a picture of LENTZ from outside the Capitol, which was also posted to the Facebook account in the screen name "Nicholas Lentz."  The post bears the following caption, "We the people did it."



11.     I reviewed the 52 second clip that CC-1 obtained by downloading it from LENTZ's Facebook page, in the screen name "Nicholes Lentz."  In it LENTZ stated:

> "America has spoken.  You can not stop millions of people.  Cannot stop it. Can't.  It's impossible.  America has a voice.  We give them the power.  We give the power.  The people give the power, and we're here to take it back.  [pause] There's honestly been no violence to police officers, we're trying our best, I'm trying my best to protect all police officers and security that are trying to maintain order.  We're not here to hurt any cops of course.  I love my boys in blue, but this is overwhelming for them.  There's no way they can, there's no way they can, there's no way then can hold us back."

12.     I believe, based on information I obtained from other law enforcement officers familiar with the inside of the U.S. Capitol Building, that LENTZ filmed the 52 second clip in an

4

area of the Capitol Building located beneath the Rotunda, which is called the Crypt.  Following
are additional screenshots from the 52 second clip:



13.    On or about January 11, 2021, the Miami Herald posted an online article titled
"Former North Miami Beach cop went live on Facebook from inside the Capitol during riot,"[1]
which included the same 52 second clip CC-1 had forwarded to the FBI.   According to the

---

[1] https://www.miamiherald.com/news/local/community/miami-dade/north-miami/article248423315.html

article, North Miami Beach, Florida Mayor Anthony DeFillipo identified LENTZ as the individual in the video.

14. On January 19, 2021, the FBI interviewed LENTZ at his residence in Boynton Beach, Florida. During the interview, LENTZ admitted to the interviewing Agent to being inside the United States Capitol building on January 6, 2021. LENTZ told the FBI he drove through the night from Florida to Washington D.C., arriving in the early hours of January 6, 2021. LENTZ claimed he drove to D.C. to attend the President Trump rally, noting he had not previously attended one and wanted to show support. LENTZ became aware of the rally through social media and tweets sent by the President, but stated that he was aware of no preplanned coordination to breach the U.S. Capitol building.

15. According to LENTZ, while he and others listened to President Trump's speech, LENTZ noticed the crowd starting to move towards the U.S. Capitol building. LENTZ followed the crowd, and as he approached the entrance to the U.S. Capitol building with the crowd, he noticed a law-enforcement officer near the entrance of the building handing out water bottles and telling the crowd they would need the water for their eyes. At that point, according to LENTZ, windows were broken, doors were opened, and LENTZ entered the US Capitol building through the front door.

16. LENTZ told the interviewing Agents he had no intention of committing violence or destroying anything, and he claimed he did not do so. He added he felt obligated to help control the crowd, believing the crowd was more likely to listen to him than a uniformed officer. LENTZ stated that, at one point, he and some firefighters and first responders lined up elbow-to-elbow to form a human barrier to help with crowd control.

6

17.     LENTZ said he stayed on the ground floor, and he remained inside the U.S. Capitol building for approximately two hours. LENTZ claimed while in D.C. he wore jeans, a gray jacket, and a motorcycle cut (vest) indicating he was a Veteran and former United States Marine. LENTZ believed no one at the U.S. Capitol seemed concerned about trespassing, nor were there any warning signs regarding trespassing. He stated that, despite the foregoing, "of course you know you're trespassing."

18.     LENTZ told the agents that he had a Facebook account in the screen name "nicholeslentz" and provided the interviewing agents with other photographs and videos he took with his cellular phone on January 6, 2021, inside and outside of the Capitol, including the 52 second clip. Lentz also texted the agents a picture of the vest that he wore inside the Capitol:



19.     On or about January 26, 2021, I reviewed video footage recorded by the security cameras inside the United States Capitol Building.  I observed an individual who appears to be LENTZ inside several rooms of the U.S. Capitol Building, including the Crypt.  Below are some screen shots from this video footage. Where it is not obvious, I have circled the person I believe is LENTZ, in red.  One of the FBI agents who interviewed LENTZ has reviewed these images and has similarly identified LENTZ in them.







9





10



20. Your affiant has reviewed LENTZ's driver's license photograph from the Florida Department of Motor Vehicles. The person depicted in that photograph appears to be the same individual depicted in the photographs above in this affidavit.

## CONCLUSION

21. I submit that there is also probable cause to believe that Nicholes J. LENTZ violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of

11

Government business or official functions. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

22. I submit there is also probable cause to believe that Nicholes J. LENTZ violated 40 U.S.C. § 5104(e)(2)(D) and 5104(e)(2)(G), which make it a crime to willfully and knowingly: (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

Respectfully submitted,

Christian T. Roccia
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me, by telephone, in accordance with the requirements of Fed. R. Crim. P. 4.1, on this 8th day of February, 2021.

Robin M. Meriweather
2021.02.08 11:12:58
-05'00'

ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE

12

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

United States of America

v.

Nicholes J. Lentz

)
)
)
)
)
)

Case: 1:21-mj-00206
Assigned to: Judge Meriweather, Robin M
Assign Date: 2/8/2021
Description: COMPLAINT W/ARREST WARRANT

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Nicholes J. Lentz                                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (2) (Restricted building or grounds)

40 U.S.C. §§ 5104(e)(2)(D) & (G) (Disruptive and disorderly conduct on restricted grounds)

Date:      02/08/2021

Robin M. Meriweather
2021.02.08 11:13:57
-05'00'

*Issuing officer's signature*

City and state:      Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |

Date: _____

*Arresting officer's signature*

*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :

             :     Case: 1:21-mj-00206
             :     Assigned to: Judge Meriweather, Robin M

        v.           :     Assign Date: 2/8/2021
             :     Description: COMPLAINT W/ARREST WARRANT

NICHOLES J. LENTZ,          :     **UNDER SEAL**

             :

        **Defendant.**        :

_____ :

## ORDER

The United States has filed a motion to seal the above-captioned Complaint, Arrest Warrant, and related documents, including the application and affidavit in support thereof and all attachments thereto and other related materials (collectively the "Complaint").

The Court finds that the United States has established that a compelling governmental interest exists to justify the requested sealing, and that there is reason to believe that disclosure of the Complaint and Arrest Warrant would jeopardize the investigation by providing the subject of the investigation an opportunity to destroy evidence or flee and jeopardize the investigation by disclosing the details of facts known to investigators, the identities of witnesses, and the investigative strategy.

IT IS FURTHER ORDERED that, notwithstanding this Order to Seal, the Government may disclose the Complaint and Arrest Warrant to (1) appropriate U.S. and foreign law enforcement officials and other officials and personnel to the extent that such disclosure is in furtherance of national security or efforts to locate, arrest, detain, transfer, extradite, or expel the defendant, and (2) the court, court officials, and defense counsel in this district or any other appropriate district as necessary to conduct any court proceedings in that district.

It is, therefore, this 8th day of February, 2021,

ORDERED that the motion is hereby GRANTED, and that the Complaint, Arrest Warrant, Affidavit, and related documents, the instant motion to seal, and this Order be SEALED until further order of the Court.  It is

FURTHER ODERED that a judicial officer in any district where the defendant may appear pursuant to this complaint may unseal the Complaint, Arrest Warrant, Affidavit, and Related Documents upon request of an attorney for the government.

Robin M. Meriweather
2021.02.08 11:12:04
-05'00'

ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Noticing FPD-WPB (wpb_ecf@fd.org), Gregory Schiller
(andrea.gonzalez@usdoj.gov, caseview.ecf@usdoj.gov, gregory.schiller@usdoj.gov,
usafls-brdkt@usdoj.gov, usafls-hqdkt@usdoj.gov), Magistrate Judge Bruce E. Reinhart
(reinhart@flsd.uscourts.gov)
--Non Case Participants: Federal Public Defender (fls_ecf@fd.org)
--No Notice Sent:
```

```
Message-Id:20817146@flsd.uscourts.gov
Subject:Activity in Case 9:21-mj-08058-BER USA v. Lentz Initial Appearance – Rule
5(c)(3)/Rule 40
Content–Type: text/html
```

## U.S. District Court

## Southern District of Florida

**Notice of Electronic Filing**

The following transaction was entered on 2/21/2021 at 7:01 PM EST and filed on 2/19/2021

| | |
|---|---|
| **Case Name:** | USA v. Lentz |
| **Case Number:** | 9:21–mj–08058–BER |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
**PAPERLESS Minute Order for proceedings held by Zoom video Conference before Magistrate Judge Bruce E. Reinhart: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Nicholes J. Lentz held on 2/19/2021. Date of Arrest or Surrender: 2/19/2021. Defendant was present and sworn. Defendant consented to appear by video. Defendant advised of charges, rights and maximum penalties. Defendant questioned regarding appointment of counsel and found to be indigent. FPD appointed. Bond recommendation/set: Nicholes J. Lentz (1) $25,000 PSB. Defendant waived removal/identity hearing. The Court ordered the Defendant removed. All further proceedings to be held in the District of Columbia. Total time in court: 19 minutes. Attorney Appearance(s): Gregory Schiller, Scott Berry Attorney added: Noticing FPD–WPB for Nicholes J. Lentz (Digital 11:11:47) Signed by Magistrate Judge Bruce E. Reinhart on 2/19/2021. (tmn)**

**9:21–mj–08058–BER–1 Notice has been electronically mailed to:**

Noticing FPD–WPB &nbsp &nbsp wpb_ecf@fd.org

Gregory Schiller &nbsp &nbsp gregory.schiller@usdoj.gov, andrea.gonzalez@usdoj.gov, CaseView.ECF@usdoj.gov, usafls–brdkt@usdoj.gov, usafls–hqdkt@usdoj.gov

**9:21–mj–08058–BER–1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1–888–318–2260.:**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
Case No: 21-8058-BER

United States of America
    Plaintiff,
    v.

Charging District's Case No. 21-mj-206

NICHOLES LENTZ,
    Defendant.

_____/

## WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the **(DISTRICT OF COLUMBIA)**.

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)    a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)    a hearing on any motion by the government for detention;

(6)    request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

[X]  An identity hearing and production of the warrant.

[X]  A preliminary hearing. I request any preliminary hearing to held in the prosecuting district.

[ ]  A detention hearing in the Southern District of Florida.

[ ]  An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 2/19/2021

_____
Defendant's Signature

_____
Bruce E. Reinhart
UNITED STATES MAGISTRATE JUDGE

(Revised 03/2020)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### APPEARANCE BOND: _____

### CASE NO.: <u>21-8058-BER</u>

UNITED STATES OF AMERICA:

               Plaintiff,

v.                                          USM # :  30680-509 _____

NICHOLES J. LENTZ,

               Defendant,

_____/

I, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay the United States of America, the sum of $ 25,000 PSB _____

## STANDARD CONDITIONS OF BOND

**The conditions of this bond are that the defendant:**

    1.  Shall appear before this Court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this Court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case.  In no event may a defendant assume that his or her case has been dismissed unless the Court has entered an order of dismissal.  The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the Court shall order otherwise.

    2.  May not travel outside the Southern District of Florida unless otherwise approved by the Court prior to any such travel.  The Southern District of Florida consists of the following counties:  Broward, Highlands, Indian River, Martin, Miami-Dade, Monroe, Okeechobee, Palm Beach and St. Lucie.

    3.  May not change his/her present address without prior notification and approval from the U.S. Probation Officer or the Court.

    4.  Must cooperate with law enforcement officers in the collection of a DNA sample if the collection is required by 42 U.S.C. Section 14135a.

    5.  Must not violate any federal, state or local law while on release in this case. Should the defendant come in contact with law enforcement he/she shall notify the U.S. Probation Officer within 72 hours.

## <u>SPECIAL CONDITIONS OF BOND</u>

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:

ⅹ a. Surrender all passports and travel documents, if any, to Pretrial Services and not obtain any travel documents during the pendency of the case; **by Tuesday at 5pm**

ⅹ b. Report to Pretrial Services as follows: (ⅹ) as directed or___ time(s) a week in person and___ time(s) a week by telephone;

__ c. Submit to substance abuse testing and/or treatment, contribute to the cost of services rendered based on ability to pay, as determined by the U.S. Probation Officer; **At the discretion of PTS**

__ d. Refrain from ___ excessive OR ___abstain from alcohol use or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. §802), without a prescription by a licensed medical practitioner;

__ e. Participate in a mental health assessment and/or treatment and contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Officer; **At the discretion of PTS**

__ f. Employment restriction(s): _____

__ g. Maintain or actively seek full-time employment;

__ h. Maintain or begin an educational program;

ⅹ i. Avoid all contact with victims or witnesses to the crimes charged, except through counsel. The AUSA shall provide defense counsel and pretrial services with the names of all victims or witnesses. The prohibition against contact does not take effect until defense counsel receives the list. The prohibition against contact applies only to those persons on the list, but the prosecutor may expand the list by sending written notice to defense counsel and pretrial services.;

__ j. Avoid all contact with co-defendants and defendants in related cases, except through counsel;

ⅹ k. Refrain from possessing a firearm, destructive device or other dangerous weapons and shall surrender (if any), their concealed weapons permit to the U.S. Probation Office;

__ l. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any real property they own, until the bond is discharged, or otherwise modified by the Court;

__ m. May not visit commercial transportation establishment: airports, seaport/marinas, commercial bus terminals, train stations, etc.;

__ n. Defendant shall consent to the U.S. Probation Officer conducting periodic unannounced examinations of the defendant's computer equipment at his/her place of employment or on the computer at his/her residence which may include retrieval and copying of all data from the computer(s) and any internal or external peripherals to ensure compliance with this condition and/or removal of such equipment for the purpose of conducting a more thorough inspection; and consent at the direction of the U.S. Probation Officer to have installed on the defendant's computer(s), at the defendant's expense, any hardware or software systems to monitor the defendant's computer use;

__ o. **LOCATION MONITORING PROGRAM:** The defendant shall be monitored by the form of location monitoring and shall abide by all technology requirements as noted below, as well as contribute to the costs of services rendered based on (    ) ability to pay as determined by the U.S. Probation Officer – or – (    ) paid by U.S. Probation;

__ Location monitoring technology at the discretion of the officer

__ Radio Frequency (RF) monitoring (Electronic Monitoring)

__ Active GPS Monitoring

__ Voice Recognition

__ Curfew: You are restricted to your residence every day from_____ to_____, or as directed by the supervising officer.

OR

__ Home Detention: You are restricted to your residence at all times except for:

(    ) medical

(    ) substance abuse or mental health treatment

(    ) court appearances

(    ) attorney visits or court ordered obligations

(    ) religious services

(    ) employment

(    ) other activities as pre-approved by the supervising officer

— p. **RESIDENTIAL RE-ENTRY CENTER:** The defendant shall reside at a residential re-entry center or halfway house and abide by all the rules and regulations of the program. The cost to be paid by (    )Pretrial Services or (    ) based on the defendant's ability to pay. You are restricted to the residential re-entry center/halfway house at all times except for:

(    ) employment

(    ) education

(    ) religious services

(    ) medical, substance abuse, or mental health treatment

(    ) attorney visits

(    ) court appearances

(    ) court ordered obligations

(    ) reporting to Pretrial Services

(    ) other _____

__ q. Third-Party Custody: _____will serve as a third party custodian and will report any violations of the release conditions to the U.S. Probation Officer. Failure to comply with these requirements, the third party custodian can be subject to the provisions of 18 U.S.C. § 401, Contempt of Court.

— r. The defendant shall submit his person, property, residence, vehicle, papers, computers, (as defined in 18 U.S.C. 1030(e)(1)), other electronic communication or data storage devices or media, or office, to a search conducted by a United States Probation Officer. The defendant must warn any other occupants that the premises may be subject to searches pursuant to this condition. Any search must be conducted at a reasonable time and in a reasonable manner.

__ s. **Mandatory Adam Walsh Conditions:** Defendant shall abide by specified restrictions on personal associations, place of abode, or travel, to avoid all contact with an alleged victim of the crime and with a potential witness who may testify concerning the offense; report on a regular basis to a designated law enforcement agency, pretrial services agency or other agency; comply with a specified curfew (with electronic monitoring) and refrain from possessing a firearm, destructive device or other dangerous weapons.

__ t. Additional Sex Offense Conditions For Defendants Charged or Convicted of a Sexual Offense:

1. ( ) Defendant may not have contact with victim(s), or any child under the age of 18, unless approved by the Court or allowed by the U.S. Probation Officer.
2. ( ) The defendant shall not possess or use any data encryption technique or program and shall provide passwords and administrative rights to the U.S. Probation Officer.
3. ( ) Defendant shall participate in specialized sex offender evaluation and treatment, if necessary, and to contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Office.
4. ( ) Defendant shall not possess, procure, purchase or otherwise obtain any internet capable device and/or computer. Additionally, the defendant is prohibited from using another individual's computer or device that has internet capability.
5. ( ) Defendant is prohibited from establishing or maintaining any email account or social media account. Additionally, the defendant is prohibited from using another individual's email account or social media account. Must provide monthly or upon request, personal phone and credit card billings to Pretrial Services to confirm there are no services with any internet services provider.
6. ( ) Defendant is not permitted to enter places where children congregate including, but not limited to any play areas, playgrounds, libraries, children-themed restaurants, daycares, schools, amusement parks, carnivals/fairs, unless approved by the U.S. Probation Officer.
7. ( ) The defendant shall not be involved in any children's or youth organizations.
8. ( ) Defendant is prohibited from viewing, owning, or possessing any obscene, pornographic, or sexually stimulating visual or auditory material, including telephone, electronic media, computer programs, or computer services.
9. ( ) The defendant shall participate in a maintenance polygraph examination to periodically investigate the defendant's compliance. The polygraph examination shall specifically address only defendant's compliance or non-compliance with the special conditions of release and shall not inquire into the facts of the pending criminal case against defendant. The defendant will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of thirdparty payment.

X u. May travel to and from: _SDFL, MDFL (defendant has a sick grandfather and would like to visit him periodically & may travel to Washington, DC and all points in between for legal proceedings_, and must notify Pretrial Services of travel plans before leaving and upon return.

X v. Comply with the following additional conditions of bond:
**PTS can authorize domestic travel; Court must approve all other travel. Defendant has until 5pm on Tuesday to relocate the firearm where he has no access to it/dispose from residence.**
**Hearing in the USDC, District of Columbia is set for 2/26/2021 @ 1pm by Zoom video conference.**

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, and order of detention, as provided in 18 U.S.C. §3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. §401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. §1503 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. §1510 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. §1512 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. §1513 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of seven pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this 19th day of FEBRUARY , 20____ at 21 West Palm Beach , Florida

Signed and acknowledged before me: DEFENDANT: (Signature)

WITNESS: _____    _RAPTON BEACH_    _FL_

City _____ State _____          City          State

### CORPORATE SURETY

Signed this_____ day of _____ , 20____ at _____, Florida

SURETY: _____    AGENT: (Signature) _____

City _____ State _____          PRINT NAME: _____

### INDIVIDUAL SURETIES

Signed this ___ day of _____, 20___ at _____, Florida    Signed this ___ day of _____, 20___ at _____, Florida

SURETY: (Signature) _____    SURETY: (Signature) _____

PRINT NAME: _____           PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _____    RELATIONSHIP TO DEFENDANT: _____

City _____ State _____            City _____ State _____

Signed this ___ day of _____, 20___ at _____, Florida    Signed this ___ day of _____, 20___ at _____, Florida

SURETY: (Signature) _____    SURETY: (Signature) _____

PRINT NAME: _____           PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _____    RELATIONSHIP TO DEFENDANT: _____

City _____ State _____            City _____ State _____

### APPROVAL BY THE COURT

Date: 2/19/2021                       BRUCE E. REINHART

**UNITED STATES MAGISTRATE JUDGE**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
Case No. 21-8058-BER

United States of America
           Plaintiff,

        v.

NICHOLES LENTZ (J),
             Defendant.

_____/

### ORDER OF REMOVAL

It appearing that in the **DISTRICT OF COLUMBIA** , a CRIMIANL COMPLAINT was filed against the above-named defendant on a charge of **18:1752(a)(1) and (2) and 40:5104(e)(2)(D)&(G)**, and that the defendant was arrested in the Southern District of Florida and was given a hearing before United States Magistrate Judge Bruce E. Reinhart  at West Palm Beach, Florida, which officially committed the defendant for removal to the **DISTRICT OF COLUMBIA**, it is ORDERED AND ADJUDGED that the defendant be removed to the above-named district for trial on said charge.

And it further appearing that the defendant waived further hearing in the said removal proceedings

and was held by the Magistrate Judge Bruce E. Reinhart for removal and posted bail in the amount of which was approved by the United States Magistrate Judge Bruce E. Reinhart, and it is further ORDERED that the defendant shall appear in the aforesaid district at such times and places as may be ordered by that District Court, in accordance with the terms and conditions of aforesaid bond furnished by the defendant, and it is further ORDERED that the funds, plus interest, which may have been deposited on behalf of this defendant with the Clerk of the Court under Bail Reform Act be transferred to the district where removed.

DONE AND ORDERED at West Palm Beach, Florida on 2/19/2021.

_____
Bruce E. Reinhart
United States Magistrate Judge